IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROL L. RIEDY**                                                                                          **PLAINTIFF**

VS.                                          No. 4:08 CV-1692-BSM

**KENNETH R. WYERS AND**
**KENNETH W. WYERS**                                                                            **DEFENDANTS**

**AMERICAN INTERNATIONAL RECOVERY and**
**COMMERCE AND INDUSTRY**                                                              **INTERVENOR**

## ORDER OF DISMISSAL WITH PREJUDICE

Comes on for hearing before the Court the request of the Plaintiff, Carol L. Riedy, represented by Oscar Hirby, and the intervenor, represented by Melissa Wood, American International Recovery and Commerce and Industry, asking for a dismissal, with prejudice, against Kenneth R. Wyers and Kenneth W. Wyers, and, for good cause shown, the Court grants the request and the case is dismissed with prejudice not only as to the claim of Plaintiff against the Defendants, but also the claim of the Intervenor, American International Recovery and Commerce and Industry against the Defendants

The Court previously entered an Order of Dismissal on May 15, 2009. This Order is intended to fully and completely dispose of the litigation brought by the original Plaintiff and the Intervenor against the Defendants, Kenneth R. Wyers and Kenneth W. Wyers.

IT IS SO ORDERED

_____
THE HONORABLE BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

6-1-09
Date

APPROVED TO FORM AND CONTENT:

_____
Oscar Hirby, Attorney for Carol L. Riedy

_____
Melissa Wood, Attorney for American
International Recovery and Commerce
and Industry, Intervenor

DH/psf/157